IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDRA KISHOR,

        Plaintiff,                    No. CIV S-07-0980 FCD JFM P

   vs.

MR. NAKU, et al.,

        Defendants.          ORDER

_____/

        Plaintiff has requested a ninety day extension of time to file an amended complaint pursuant to the court's order of September 13, 2007. Good cause appearing, plaintiff's request will be granted. No further extensions of time will be granted.

        In addition, plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's September 25, 2007 request for an extension of time is granted;

2. Plaintiff is granted ninety days from the date of this order in which to file an amended complaint;

3. No further extensions of time will be granted; and

4. Plaintiff's September 25, 2007 request for the appointment of counsel is denied.

DATED: October 9, 2007.

UNITED STATES MAGISTRATE JUDGE

12/mp
kish0980.36+31

2