IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDRA KISHOR,

      Plaintiff,                    No. CIV S-07-0980 FCD JFM P

   vs.

MR. NAKU, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 9, 2008, this court issued an amended scheduling order setting a deadline of July 25, 2008 for completion of discovery and requiring that all discovery requests be served not later than sixty days prior to that date. On April 18, 2008, plaintiff filed a motion for an extension of time to conduct discovery due to an ongoing prison lockdown. Plaintiff also moves for appointment of counsel.

        Plaintiff has not made any showing of what discovery he needs, nor has he made a showing that the prison lockdown precludes him from propounding that discovery. Plaintiff's request to extend the discovery deadline will be denied.

        The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist.</u>

Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's April 18, 2008 motion for an extension of time for discovery is denied; and

2. Plaintiff's April 18, 2008 motion for the appointment of counsel is denied.

DATED: May 23, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12/ak
kish0980.31