IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDRA KISHOR,

      Plaintiff,                      No. CIV S-07-0980 FCD JFM P

    vs.

MR. NAKU, et al.,

      Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 2, 2008, plaintiff filed a document styled "Motion for Order Facts, Discovery. Motion for Investigator & Counsel of Records, 5 Years with Motion to Incorporate." By this motion, plaintiff renews the requests denied by this court's May 29, 2008 order.

        The instant motion contains a lengthy list of documents plaintiff contends he would seek in discovery were the time to serve discovery requests extended. Plaintiff still has not shown, however, why he was unable to serve proper requests on defendants by May 26, 2008, the date by which discovery requests were to be served pursuant to the scheduling order filed in this action on April 1, 2008.

/////

/////

1

For that reason and the reasons set forth in the court's May 29, 2008 order, and good cause appearing, IT IS HEREBY ORDERED that plaintiff's June 2, 2008 motion is denied.

DATED: June 13, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
kish0980.31(2)