IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDRA KISHOR,

       Plaintiff,               No. CIV S-07-0980 FCD JFM P

   vs.

MR. NAKU, et al.,

       Defendants.      <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 19, 2008, plaintiff filed a document styled "Motion for Order Discovery of Facts and Investigator, 'Incorporated'.  This document consists of thirty-four pages in which plaintiff requests production of various records, a typewritten page containing a series of allegations concerning alleged "simulation of Cystic Fibrosis," as well as crimes including the murder of an attorney, a handwritten page containing a request for information about "BPH Requirements" for inmates subject to an INS hold "who will be deported"; a copy of this court's discovery order, a copy of a set of interrogatories from defendant Corioso to plaintiff, a copy of defendant's affirmative defenses, and an authorization for release of medical records signed by plaintiff on June 7, 2008.  Although the nature of plaintiff's motion is not entirely clear, the court finds this document to be in the nature of a discovery request.

1    Pursuant to this court's April 1, 2008 scheduling order, discovery requests were to

2  be served on defendants on or before May 26, 2008.  The instant motion contains no evidence

3  that plaintiff served by that date any request for the discovery material sought by the instant

4  motion.  Accordingly, IT IS HEREBY ORDERED that plaintiff's June 19, 2008 motion is

5  denied.

6  DATED: July 31, 2008.

8                                              UNITED STATES MAGISTRATE JUDGE

10  12/mp
11  kish0980.o

2