IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDRA KISHOR,

    Plaintiff,                   No. 2:07-cv-0980-FCD-JFM (PC)

    vs.

MR. NAKU, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On August 28, 2008, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on September 25, 2007 and April 18, 2008. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's August 28, 2008 request is denied.

DATED: September 8, 2008.

                              /s/ John F. Moulds
                         UNITED STATES MAGISTRATE JUDGE

12/ke
kish0980.31thr