IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDRA KISHOR,

    Plaintiff,                    No. CIV S-07-0980 FCD JFM P

   vs.

MR. NAKU, et al.,

    Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 30, 2008, plaintiff filed a document styled "Motion Introducing Discovery: Witness Statements, Reorts [sic] of CDC's USC Medical-Care Violations Receiver Clark Kelso's Reports." Although it is not entirely clear, this document appears to include as attachments evidence on which plaintiff intends to rely in this action. Plaintiff is informed that evidence in support of his claims should not be filed with the court unless and until the claims are placed in issue by a dispositive motion or trial of this matter, and that lists of his witnesses and exhibits for trial should not be filed unless and until his pretrial statement is due in accordance with the revised scheduling order filed September 9, 2008.

/////

/////

1

1   In accordance with the above, IT IS HEREBY ORDERED that the document filed
2 by plaintiff on September 30, 2008 shall be placed in the court file and disregarded.
3 DATED: October 6, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
kish0980.o2