IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDRA KISHOR,

    Plaintiff,                        No. CIV S-07-0980 FCD JFM P

    vs.

MR. NAKU, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 8, 2008, plaintiff filed two documents styled as motions concerning discovery. One is styled "Motion Introducing Records and Naku's Notes as MD, Discontinuing Heart Meds; (As Malpractice) Compell [sic] Discover Under - FRAP: Pursuant to 31, 33, 34 & 36" and the other is styled "Motion for Court Order Discovery of Facts and Investigator, 'Incorporated" Under § 1101, 1103, 1005 Evidence Code (1-34 ) Motions:" On October 15, 2008, plaintiff filed another document styled as a motion introducing records. Although it is not entirely clear, the first and third documents appear to list evidence on which plaintiff intends to rely in this action, and the third is accompanied by various attached exhibits.. The second document consists of a series of pages with handwritten entries on a variety of topics followed by a list of case and other citations.

1

1  Plaintiff is again[1] informed that neither evidence in support of his claims nor a
2  list thereof should be filed with the court unless and until the claims are placed in issue by a
3  dispositive motion or trial of this matter, and that lists of his witnesses and exhibits for trial
4  should not be filed unless and until his pretrial statement is due in accordance with the revised
5  scheduling order filed September 9, 2008. Plaintiff is further informed that any legal argument
6  related to claims raised in this matter should only be raised when the claims are placed in issue
7  by a dispositive motion, or, as appropriate, in a pretrial statement or trial brief.

8  On October 30, 2008, plaintiff filed a document styled as objections to his noticed
9  deposition. Plaintiff does not seek any specific relief from the court. Accordingly, the document
10 will be placed in the court file and disregarded.

11 In accordance with the above, IT IS HEREBY ORDERED that the documents
12 filed by plaintiff on October 8, 2008, October 15, 2008, and October 30, 2008 shall be
13 disregarded.

14 DATED: November 17, 2008.

UNITED STATES MAGISTRATE JUDGE

12
kish0980.o3

---

[1] See Order filed October 7, 2008.

2