IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDRA KISHOR,

    Plaintiff,                No. 2:07-cv-0980-FCD-JFM (PC)

    vs.

MR. NAKU, et al.,

    Defendants.            <u>ORDER</u>

                               /

        Defendants Corioso and Keller have requested an extension of the deadline set in this court's February 4, 2009 order for filing dispositive motions. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The March 19, 2009 request of defendants Corioso and Keller for a seven day extension of the deadline for filing dispositive motions is granted; and

        2. Defendants Corioso and Keller are granted until March 27, 2009 to file and serve a motion for summary judgment.

DATED: March 26, 2009.

                                        UNITED STATES MAGISTRATE JUDGE

12;kish0980.36(2)