IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDRA KISHOR,

      Plaintiff,                      No. 2:07-cv-0980 FCD JFM (PC)

    vs.

NAKU, et al.,

      Defendants.           <u>ORDER</u>

                           /

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action.  On June 17, 2009, plaintiff filed a motion for an order directing prison officials to transport him to trial in this matter.  This court has separately recommended dismissal of several of plaintiff's claims and summary judgment as to the remainder.  Accordingly, plaintiff's June 17, 2009 motion will be denied.

/////

/////

/////

/////

/////

/////

1

On July 10, 2009, plaintiff filed his fourth motion for the appointment of counsel. Plaintiff's previous requests were filed on September 25, 2007, April 18, 2008 and August 28, 2008. All requests were denied. Plaintiff's fourth motion will be denied for the same reasons.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's June 17, 2009 motion is denied; and

2. Plaintiff's July 10, 2009 motion is denied.

DATED: October 29, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12/md
kish0980.31.thr